**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
GUSTAVO DAVILA, *individually and on behalf of others similarly situated*,

                                  *Plaintiff*,

-against-

SUPREME SERVICES OF NEW YORK, INC. (D/B/A SUPREME SERVICES OF NEW YORK), FRANCESCO BRUSCO, GARY DOE, and KAREEN DOE,

                                  *Defendants*.
-------------------------------------------------------X

Case No. 19-cv-03808

~~PROPOSED~~ JUDGEMENT

The Honorable Paul G Gardephe,

    Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants by their attorneys Varacalli & Hamra LLP, having offered to allow judgment to be taken against them by consent during the SDNY Mediation program, Plaintiff GUSTAVO DAVILA in this action for a sum of TWENTY THOUSAND ($20,000.00) including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiff GUSTAVO DAVILA, though his attorneys, Michael Failace and Associates, P.C. on December 27, 2019 having accepted and provided notice that they have accepted Defendants' Offer of Judgment dated, December 17, 2019, and the matter having come before this Court, the court now render it Order that the Clerk should enter judgment dismissing the case in accordable with the acceptance of the offer of judgment pursuant to Fed. R. Civ. P 68 and directing the Clerk to close this case.

It is hereby:

**ORDERED, ADJUDGED AND DECREED** that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of TWENTY THOUSAND DOLLARS ($20,000.00), jointly and severally against Defendants SUPREME SERVICES OF NEW YORK, INC. (D/B/A SUPREME SERVICES OF NEW YORK), FRANCESCO BRUSCO, GARY DOE, and KAREEN DOE, inclusive of all fees and costs including any attorney's fees and costs now accrued, as well as post-judgment interest pursuant to 28 U.S.C. 1961.

Dated: Jan. 6, 2020  
New York, NY

_____  
Hon. Paul G. Gardephe U.S.D.J