UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GUSTAVO DAVILA, *individually*
*and on behalf of others similarly situated*,

         Plaintiff,   19-cv-03808 PGG-JLC

- against -       **SATISFACTION OF JUDGMENT**

SUPREME SERVICES OF NEW YORK, INC.
(D/B/A SUPREME SERVICES OF NEW YORK),
FRANCESCO BRUSCO, GARY DOE,
and KAREEN DOE,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

   WHEREAS, a judgment was entered in the above action on the __6th__ day of January, 2020 in favor of Plaintiff and against Defendants in the amount of $20,000.00 (twenty thousand dollars) and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

   THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
    January 30, 2020

MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified In New York County
My Commission Expires January 03, 2021

Michael Faillace & Associates, P.C.

By: _____
Clifford R. Tucker, Esq.
*Attorneys for Plaintiff*
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165
(tel) 212-317-1200
(fax) 212-317-1620
ctucker@faillacelaw.com

SDNY Web 3/2018